IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:08-CR-139-2FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| LORENZO JAIMES-CRUZ; FREDY ) | |
| JAIMES-CRUZ; ADOLFO JAIMES- ) | |
| CRUZ; SAUL ROJAS CAVILLO; and ) | |
| GENARO LARA-SALGADO, ) | |
| ) | |
| Defendants. ) | |

This matter involving defendant Fredy Jaimes-Cruz comes before the court upon remand from the Unites States Court of Appeals for the Fourth Circuit. The court vacated Count 11 and remanded for resentencing, as to this defendant. No other defect as to defendant Fredy Jaimes-Cruzwas shown in the trial resulting in defendant's convictions for Counts 1, 3, 4, 12 and 15, and the sentences imposed. It appears that the scope of remand is limited to reforming his sentence so that defendant is relieved of a six month term of imprisonment ordered to run concurrently with other terms. Absent a request for further hearing within fourteen (14) days of this order, the clerk shall amend defendant's judgment accordingly, without any hearing.

SO ORDERED, this the 11th day of March, 2013,

LOUISE W. FLANAGAN
United States District Judge