IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:08-CR-139-FL-2
NO. 7:16-CV-150-FL

| | | |
|---|---|---|
| FREDY JAIMES-CRUZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on petitioner's motion to vacate sentence under 28 U.S.C. § 2255 (DE 423), and the government's motion to dismiss, (DE 448), to which no response was filed. Although petitioner asserts a claim pursuant to <u>Johnson v. United States</u>, 135 S.Ct. 2251 (2015), petitioner's sentence was not enhanced by the "violent felony" residual clause of the Armed Career Criminal Act ("ACCA") discussed in <u>Johnson</u>, or similar residual clause. Rather, the count of conviction challenged by petitioner was based upon possession of a firearm in furtherance of a drug trafficking offense, under 18 U.S.C. § 924(c)(1)(A), not impacted by <u>Johnson</u>.

Accordingly, the government's motion to dismiss (DE 448) is GRANTED, and petitioner's motion to vacate, set aside, or correct his sentence (DE 423) is DENIED. After reviewing the claims presented on collateral review in light of the applicable standard, a certificate of appealability is DENIED. <u>See</u> 28 U.S.C. § 2253(c)(2). The clerk is DIRECTED to close this case.

SO ORDERED, this the 24th day of October, 2016.

LOUISE W. FLANAGAN
United States District Judge